172 A.3d 545

IN THE MATTER OF BENJAMIN MORTON, AN ATTORNEY AT LAW (ATTORNEY NO. 050681998)

D–12 September Term 2017
080073

November 1, 2017

## ORDER

This matter having been duly presented pursuant to Rule 1:20–10(b)(1), following a granting of a motion for discipline by consent in DRB 17–229 of **BENJAMIN MORTON** of **NEWARK,** who was admitted to the bar of this State in 1998;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated RPC 1.15(d)(failure to comply with the recordkeeping requirements of Rule 1:21–6);

And the parties having agreed that respondent's conduct violated RPC 1.15(d)(failure to comply with the recordkeeping requirements of Rule 1:21–6), and that said conduct warrants a censure or such lesser discipline as the Board may deem appropriate;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in VA–2016–0004E and good cause appearing;

It is ORDERED that **BENJAMIN MORTON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.